| LEONAR RAMIREZ | * | NO. 2021-CA-0184 |
|---|---|---|
| VERSUS | * | COURT OF APPEAL |
| LIGHTHOUSE PROPERTY INSURANCE CORPORATION, | * | FOURTH CIRCUIT |
| TAEJOON D. KIM, WILMER HERNANDEZ, WGW | * | STATE OF LOUISIANA |
| CONSTRUCTION & REMODELING, LLC, AND | * | |
| ABC INSURANCE COMPANY | * | |

* * * * * * *

*SCJ*

**JENKINS, J., CONCURS IN THE RESULT**